# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN MATTHEW FINNEGAN : CIVIL ACTION
:
v. :
:
GREYSTAR : NO. 21-2301

## ORDER

**NOW**, this 21st day of May, 2021, upon consideration of the plaintiff's Motion for Leave to Proceed In Forma Pauperis (Document No. 1) and the plaintiff's complaint (Document No. 2), it is **ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is **DEEMED** filed; and

3. This action is **DISMISSED**[1] for lack of subject matter jurisdiction

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

---

[1] Dismissal is without prejudice to the plaintiff's right to file an action in the state court.